DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CALVIN JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0525

[May 7, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Hon. William L. Roby, Judge; L.T. Case Nos. 431992CF000145A and 431992CF000147A.

Calvin Jackson, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.  See Ratliff v. State*, 914 So. 2d 938 (Fla. 2005); *Padgett v. State*, No. 3D25-0349, 2025 WL 1172840, at *1 (Fla. 3d DCA Apr. 23, 2025).

KLINGENSMITH, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***